No. 81–1678.  WEAVER ET AL. *v.* MARTIN, ADMINIS-
TRATOR.  C. A. 6th Cir.  Certiorari denied. ▌

No. 81–1690.  GERALDO *v.* OHIO.  Sup. Ct. Ohio.  Certio-
rari denied. ▌

No. 81–1691.  CHEATHAM *v.* FLORIDA; and
No. 81–1693.  JONES *v.* FLORIDA.  Dist. Ct. App. Fla.,
4th Dist. · Certiorari denied.

No. 81–1694.  GRIFFITH *v.* CLAWSON, FORMERLY KNOWN
AS GRIFFITH.  Ct. App. Ohio, Clermont County.  Certiorari
denied.

No. 81–1695.  YELLOW FORWARDING CO. *v.* ATLANTIC
CONTAINER LINE ET AL.  C. A. 8th Cir.  Certiorari denied. ▌

No. 81–1697.  EDWARD W. MINTE CO., INC., ET AL. *v.*
MURPHY.  C. A. 4th Cir.  Certiorari denied. ▌

No. 81–1704.  HATCH ET UX. *v.* MADSEN, SUPERINTEND-
ENT OF BANKS OF ARIZONA, RECEIVER, ET AL.  C. A. 9th
Cir.  Certiorari denied. ▌

No. 81–1716.  VAUGHN *v.* HINCHY, WITTE, WOOD, AN-
DERSON & HODGES.  Ct. App. Cal., 4th App. Dist.  Certio-
rari denied.

No. 81–1779.  WALGREN *v.* UNITED STATES;
No. 81–1780.  BAGNARIOL *v.* UNITED STATES; and
No. 81–1840.  GALLAGHER *v.* UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.  Reported below: 665 F. 2d 877.

No. 81–1806.  BARNES *v.* UNITED STATES.  C. A. 2d Cir.
Certiorari denied. ▌

No. 81–1837.  FREEMAN *v.* UNITED STATES.  C. A. 2d
Cir.  Certiorari denied. ▌